Form B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sage, II, Robert, Lewis** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Sage, Anne, Monica** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indivdual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **XXXX-9082** | Last four digits of Soc. Sec. or Indivdual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **XXXX-7302** |
| Street Address of Debtor (No. & Street, City, and State):<br>**8849 Horner Street**<br>**Los Angeles, CA**<br>ZIP CODE **90036** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**8849 Horner Street**<br>**Los Angeles, CA**<br>ZIP CODE **90036** |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business:<br>**Los Angeles** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** | Name of Debtor(s): | **FORM B1,** Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | **Robert Lewis Sage, II, Anne Monica Sage** | |

<table>
<tr><td colspan="3" align="center"><b>Prior Bankruptcy Cases Filed Within Last 8 Years</b> (If more than two, attach additional sheet.)</td></tr>
<tr><td>Location<br>Where Filed:     <b>USBC-LA</b></td><td>Case Number:<br><b>98-26668-ES</b></td><td>Date Filed:<br><b>04/27/1998</b></td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><b>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</b> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br><b>None</b></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X  **/s/, Peter M. Lively**          **10/5/2009** |
| | _____ |
| | Signature of Attorney for Debtor(s)        Date |
| | **Peter M. Lively, Esq.**           **162686** |

<table>
<tr><td><b>Exhibit C</b></td><td><b>Exhibit D</b></td></tr>
<tr>
<td>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>
☐   Yes, and Exhibit C is attached and made a part of this petition.<br><br>
☑   No</td>
<td>(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>
☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>
If this is a joint petition:<br><br>
☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.</td>
</tr>
</table>

<table>
<tr><td colspan="2" align="center"><b>Information Regarding the Debtor - Venue</b><br>(Check any applicable box)</td></tr>
<tr><td>☑</td><td>Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.</td></tr>
<tr><td>☐</td><td>There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.</td></tr>
<tr><td>☐</td><td>Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.</td></tr>
</table>

<table>
<tr><td colspan="2" align="center"><b>Certification by a Debtor Who Resides as a Tenant of Residential Property</b><br>(Check all applicable boxes.)</td></tr>
<tr><td>☐</td><td>Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>
_____<br>
(Name of landlord that obtained judgment)<br><br>
_____<br>
(Address of landlord)</td></tr>
<tr><td>☐</td><td>Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and</td></tr>
<tr><td>☐</td><td>Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.</td></tr>
<tr><td>☐</td><td>Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).</td></tr>
</table>

| Voluntary Petition | Name of Debtor(s) | FORM B1, Page 3 |
| --- | --- | --- |
| *(This page must be completed and filed in every case)* | Robert Lewis Sage, II, Anne Monica Sage | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/, Robert Lewis Sage, II**

Signature of Debtor   **Robert Lewis Sage, II**

X **/s/, Anne Monica Sage**

Signature of Joint Debtor   **Anne Monica Sage**

Telephone Number (If not represented by attorney)

**10/5/2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **/s/, Peter M. Lively**
Signature of Attorney for Debtor(s)

**Peter M. Lively, Esq.**

Printed Name of Attorney for Debtor(s)

**Law Office of Peter M. Lively**
Firm Name

**11965 Venice Blvd., Suite 301 Los Angeles, CA 90066**

Address

**(310) 899-0630**          **(310) 899-0632**
Telephone Number

**10/5/2009**          **162686**
Date          Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Official Form 1- Exhibit D (Rev. 12/08) page 1                                    2008 USBC, Central District of California

<table>
<tr><td colspan="2" align="center">**UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**</td></tr>
<tr><td>In re  **Robert Lewis Sage, II**<br>        **Anne Monica Sage**                          Debtors.</td><td>CHAPTER:   **13**<br>CASE NO.:</td></tr>
</table>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*_____

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏  Active military duty in a military combat zone.


❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/, Robert Lewis Sage, II**
_____

Date:   **10/5/2009**
_____

Certificate Number: 01401-CAC-CC-008556176

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 3, 2009 , at 6:07 o'clock PM EDT

Robert L Sage received from

GreenPath, Inc.

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Central District of California , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet

Date: October 3, 2009          By      /s/Holli Bratt for Deanna Bandlien

                               Name    Deanna Bandlien

                               Title   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Official Form 1- Exhibit D (Rev. 12/08) page 1                                    2008 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re  **Robert Lewis Sage, II**<br>**Anne Monica Sage**                              Debtors. | CHAPTER:  **13**<br>CASE NO.: |

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Official Form 1- Exhibit D (Rev. 12/08) page 2                    2008 USBC, Central District of California

❑   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑   Active military duty in a military combat zone.


❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/, Anne Monica Sage** _____


Date:   **10/5/2009** _____

Certificate Number: 01401-CAC-CC-008556177

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 3, 2009 , at 6:07 o'clock PM EDT

Anne M Sage received from

GreenPath, Inc.

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Central District of California , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet .

Date: October 3, 2009          By     /s/Holli Bratt for Deanna Bandlien

                               Name   Deanna Bandlien

                               Title  Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Name:     **Peter M. Lively, Esq.**
Address:  **Law Office of Peter M. Lively**
          **11965 Venice Blvd., Suite 301**
          **Los Angeles, CA 90066**

Telephone:  **(310) 899-0630**              Fax:    **(310) 899-0632**

☑ Attorney for Debtor(s)

☐ Debtor In Pro Per

<table>
<tr><td colspan="2" align="center"><b>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</b></td></tr>
<tr><td>List all names including trade names, used by Debtor(s) within last 8 years:<br><br><b>Robert Lewis Sage, II</b><br><br><br><b>Anne Monica Sage</b></td><td>Case No.:<br><br><br><b>NOTICE OF AVAILABLE<br>CHAPTERS</b><br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code)</td></tr>
</table>

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

1. **Services Available from Credit Counseling Agencies**

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

2. **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**
   **Chapter 7:  Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

   1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

B201 - Notice of Available Chapters (Rev. 04/06)                                                    USBC, Central District of California

2.   Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.   Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1.   Chapter 13 is designed for individuals with regular income who would like to pay all or part of  their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.   Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.   After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Peter M. Lively, Esq.                                    /s/, Peter M. Lively                     10/5/2009
Printed Name of Attorney                                 Signature of Attorney            Date

Address:

**Law Office of Peter M. Lively**
**11965 Venice Blvd., Suite 301**
**Los Angeles, CA 90066**

**(310) 899-0630**

B201 - Notice of Available Chapters (Rev. 04/06)                                           USBC, Central District of California

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Robert Lewis Sage, II**
_____          X **/s/, Robert Lewis Sage, II**          **10/5/2009**
**Anne Monica Sage**                                **Robert Lewis Sage, II**
_____          Signature of Debtor                          Date

Printed Name(s) of Debtor(s)

Case No. (if known)  _____    X **/s/, Anne Monica Sage**          **10/5/2009**
                                                    **Anne Monica Sage**
                                                    Signature of Joint Debtor                 Date

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Chapter 7 filed in Central District of California, Los Angeles Division on 04/27/1998 bearing case no. 98-26668-ES.  Case was discharged on 08/10/1998 and closed on 08/19/1998.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**See No. 1 Above**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at __Los Angeles_____ , California __/s/, Robert Lewis Sage, II_____

Debtor

Dated: __10/5/2009_____  __/s/, Anne Monica Sage_____

Joint Debtor

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*                                                                 **F 1015-2.1**

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88)                                    1998 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| CENTRAL DISTRICT OF CALIFORNIA | |
| In re | Case No.: |
| **Robert Lewis Sage, II** | **DISCLOSURE OF COMPENSATION** |
| **Anne Monica Sage** | **OF ATTORNEY FOR DEBTOR** |
| Debtors. | |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 4,000.00 |
| Prior to the filing of this statement I have received | $ 1,500.00 |
| Balance Due | $ 2,500.00 |

2. The source of compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify)

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Adversary Proceedings**

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88)                    1998 USBC, Central District of California

| In re | **Robert Lewis Sage, II** | | Case No.: | |
| | **Anne Monica Sage** | Debtors. | | (If known) |

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**10/5/2009**

*Date*

**/s/, Peter M. Lively**

*Signature of Attorney*


**Law Office of Peter M. Lively**

*Name of Law Firm*

February 2006                                                           2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re<br>**Robert Lewis Sage, II**<br>**Anne Monica Sage**                   Debtor(s). | CHAPTER:   **13**<br><br>CASE NO.: |

## DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, **Robert Lewis Sage, II**                          , the debtor in this case, declare under penalty
        *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☑    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment
     income for the 60-day period prior to the date of the filing of my bankruptcy petition.
     *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

❑    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and
     received no payment from any other employer.

❑    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, **Anne Monica Sage**                              , the debtor in this case, declare under penalty
        *(Print Name of Joint Debtor, if any)*

of perjury under the laws of the United States of America that:

☑    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment
     income for the 60-day period prior to the date of the filing of my bankruptcy petition.
     *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

❑    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and
     received no payment from any other employer.

❑    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date   **10/5/2009**                      Signature **/s/, Robert Lewis Sage, II**
                                                   **Robert Lewis Sage, II**
                                                   *Debtor*

Date   **10/5/2009**                      Signature **/s/, Anne Monica Sage**
                                                   **Anne Monica Sage**
                                                   *Joint Debtor (if any)*

**CSU FULLERTON**
Auxiliary Services Corporation
Serving the University in the Spirit of Excellence
2600 E. Nutwood Ave. Ste. 275
Fullerton, CA 92831

EFT No.: 00796682
EFT Date: 09/11/09
Period Ending: 09/05/09

Employee Name: SAGE, ROBERT
Status/Exempt: Fed: MARRIED/02
Additional WH. Fed: 0.00

Employee ID: 899907216
State: MARRIED/3
State: 0.00

| 1. EARNINGS | | | | | 2. TAXES | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Earnings | Y-T-D Amount | Description | Current Amount | Y-T-D Amount | Description | Current Amount | Y-T-D Amount |
| **Department: 09112** | | | | | FICA/SS | 119.23 | 2,265.37 | FICA/SS | 119.23 | 2,265.37 |
| 30 W/BEN | 32.05 | 0.00 | | 27,884.36 | MEDICARE | 27.88 | 529.72 | MEDICARE | 27.88 | 529.72 |
| 30 W/BEN | 60.0 | 32.05 | 1,923.06 | 7,692.24 | FIT | 81.06 | 1,755.53 | SUI | 28.85 | 548.15 |
| CTO USED | | 32.05 | 0.00 | 769.23 | SIT | 11.29 | 186.25 | WORKCOMP | 12.50 | 452.82 |
| VAC 30 U | | 32.05 | 0.00 | 192.31 | SDI | 21.15 | 401.85 | TIAA | 153.84 | 2,922.96 |
| | | | | | | | | LIFE-30 | 0.75 | 12.75 |
| TOTAL EARNINGS: | | | 1,923.06 | 36,538.14 | TOTAL TAXES: | 260.61 | 5,138.72 | TOTAL CONT. | 343.05 | 6,731.77 |

| BANKING INFORMATION | | 3. PRE-TAX ITEMS | | | 4. AFTER-TAX DEDUCTIONS | |
|---|---|---|---|---|---|---|
| 101205681 | 1,277.84 | TIAA/PRE | 96.15 | 1,826.85 | | |
| | | TSA-TIAA | 288.46 | 5,480.74 | | |
| | | TOTAL PRE-TAX: | 384.61 | 7,307.59 | TOTAL DED: | |

| TOTAL WAGES: | 1. GROSS | - | 3. PRE-TAX | = | TAXABLE WAGES | - | 2. & 4. DEDUCTIONS | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,923.06 | | 384.61 | | 1,538.45 | | 260.61 | | 1,277.84 |
| YTD | 36,538.14 | | 7,307.59 | | 29,230.55 | | 5,138.72 | | 24,091.83 |

| LEAVE RECORD: | ACCRUAL DESCRIPTION | BEGINNING BALANCE | EARNED | USED | ENDING BALANCE |
|---|---|---|---|---|---|
| | Vacation Balance | 203.50 | 2.50 | 0.00 | 206.00 |
| | Sick Leave Balance | 98.75 | 1.25 | 0.00 | 100.00 |
| | Comp. Time Balance | 12.00 | 0.00 | 0.00 | 12.00 |

MESSAGE:

THIS IS A STATEMENT OF YOUR EARNINGS AND DEDUCTIONS.


*Every 2 weeks*

**CSU FULLERTON**
Auxiliary Services Corporation
Serving the University in the Spirit of Excellence
2600 E. Nutwood Ave. Suite 275
Fullerton, CA 92831

EFT NO. 00796682

DIRECT DEPOSIT

DATE 09/11/09

PAY    ONE Thousand TWO Hundred SEVENTY SEVEN Dollars and EIGHTY FOUR Cents

PAY EXACTLY
******1,277.84

TO THE ORDER OF

09112
ROBERT L SAGE
8849 HORNER ST
LOS ANGELES CA 90035

# NON-NEGOTIABLE

⑆00796682⑈

**CSU FULLERTON**
Auxiliary Services Corporation
Serving the University in the Spirit of Excellence
2600 E. Nutwood Ave. Ste. 275
Fullerton, CA 92831

| EFT No.: | 00795825 | Employee Name: SAGE, ROBERT L | | Employee ID: 899907216 |
|---|---|---|---|---|
| EFT Date: | 08/14/09 | Status/Exempt: Fed: MARRIED/02 | | State: MARRIED/3 |
| Period Ending: 08/08/09 | Additional WH. Fed: 0.00 | | | State: 0.00 |

| 1. EARNINGS | | | | | 2. TAXES | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Earnings | Y-T-D Amount | Description | Current Amount | Y-T-D Amount | Description | Current Amount | Y-T-D Amount |
| Department: 09112 | | | | | FICA/SS | 119.23 | 2,026.91 | FICA/SS | 119.23 | 2,026.91 |
| 30 W/BEN | | 32.05 | 0.00 | 27,884.36 | MEDICARE | 27.88 | 473.96 | MEDICARE | 27.88 | 473.96 |
| 30 W/BEN | 60.0 | 32.05 | 1,923.06 | 3,846.12 | FIT | 81.06 | 1,593.41 | SUI | 28.85 | 490.45 |
| CTO USED | | 32.05 | 0.00 | 769.23 | SIT | 11.29 | 163.67 | WORKCOMP | 12.50 | 427.82 |
| VAC 30 U | | 32.05 | 0.00 | 192.31 | SDI | 21.15 | 359.55 | TIAA | 153.84 | 2,615.28 |
| | | | | | | | | LIFE-30 | 0.75 | 11.25 |

| TOTAL EARNINGS: | | | 1,923.06 | 32,692.02 | TOTAL TAXES: | 260.61 | 4,617.50 | TOTAL CONT: | 343.05 | 6,045.67 |
|---|---|---|---|---|---|---|---|---|---|---|

| BANKING INFORMATION | | 3. PRE-TAX ITEMS | | | 4. AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| 101205681 | 1,277.84 | TIAA/PRE | 96.15 | 1,634.55 | | | |
| | | TSA-TIAA | 288.46 | 4,903.82 | | | |
| | | TOTAL PRE-TAX: | 384.61 | 6,538.37 | TOTAL DED: | | |

| TOTAL WAGES: | 1. GROSS | - | 3. PRE-TAX | = | TAXABLE WAGES | - | 2. & 4. DEDUCTIONS | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,923.06 | | 384.61 | | 1,538.45 | | 260.61 | | 1,277.84 |
| YTD | 32,692.02 | | 6,538.37 | | 26,153.65 | | 4,617.50 | | 21,536.15 |

| LEAVE RECORD: | ACCRUAL DESCRIPTION | BEGINNING BALANCE | EARNED | USED | ENDING BALANCE |
|---|---|---|---|---|---|
| | Vacation Balance | 198.50 | 2.50 | 0.00 | 201.00 |
| | Sick Leave Balance | 96.25 | 1.25 | 0.00 | 97.50 |
| | Comp. Time Balance | 12.00 | 0.00 | 0.00 | 12.00 |

MESSAGE:

THIS IS A STATEMENT OF YOUR EARNINGS AND DEDUCTIONS.

**CSU FULLERTON**
Auxiliary Services Corporation
Serving the University in the Spirit of Excellence
2600 E. Nutwood Avenue. Suite 275
Fullerton, CA 92831

EFT NO. 00795825

DIRECT DEPOSIT

DATE 08/14/09

PAY   ONE Thousand TWO Hundred SEVENTY SEVEN Dollars and EIGHTY FOUR Cents

PAY EXACTLY
******1,277.84

TO THE ORDER OF

09112
ROBERT L SAGE
8849 HORNER ST
LOS ANGELES CA 90035

# NON-NEGOTIABLE

⑈"00795825⑈"

| | DATE | CHECK NO. |
|---|---|---|
| | 09/30/2009 | 3326 |

CASEY AND SAYRE INC
PAYROLL ACCOUNT
11835 W OLYMPIC BLVD STE 1285
LOS ANGELES CA 90064

PAY TO THE
ORDER OF

ANNE M SAGE
8849 HORNER ST
LOS ANGELES CA 90035

Total Net Direct Deposit(s)
**$1818.67**
AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                 FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Anne M Sage
8849 Horner St
Los Angeles, CA 90035

Soc Sec #: xxx-xx-7302    Employee ID: 1003
Home Department: 100 Staff

Pay Period: 09/16/09 to 09/30/09
Check Date: 09/30/09    Check #: 3326

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 27519.77 |
| Chkg 3531 | 1818.67 | 7274.68 |
| NET PAY | 1818.67 | 34794.45 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 3437.50 | | 61875.00 |
| EARNINGS | | | 3437.50 | | 61875.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 213.13 | 3836.34 |
| Medicare | | 49.84 | 897.12 |
| Fed Income Tax | M 0 | 306.25 | 5645.82 |
| CA Income Tax | MI1 0 0 | 87.56 | 1522.80 |
| CA Disability | | 37.81 | 680.58 |
| **TOTAL** | | 694.59 | 12582.66 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| 401k Loan | 305.49 | 12525.29 | 3360.39 |
| 401k:11 | 618.75 | | 11137.50 |
| **TOTAL** | 924.24 | | 14497.89 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1818.67 | 34794.45 |

Payrolls by Paychex, Inc.

0081 0081-1657  Casey And Sayre Inc • Payroll Account • 11835 W Olympic Blvd Ste 1285 • Los Angeles CA  90064

Payrolls by Paychex, Inc.

CASEY AND SAYRE INC
PAYROLL ACCOUNT
11835 W OLYMPIC BLVD STE 1285
LOS ANGELES CA 90064

| DATE | CHECK NO. |
|---|---|
| 09/15/2009 | 3318 |

PAY TO THE
ORDER OF

ANNE M SAGE
8849 HORNER ST
LOS ANGELES CA 90035

Total Net Direct Deposit(s)
\*\*$1818.67\*\*
**VOID**
AMOUNT

VOID  THIS  IS  NOT  A  CHECK .................................................. DOLLARS

**\*\*NON-NEGOTIABLE\*\***
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

⬆ FOLD AND REMOVE                                                   FOLD AND REMOVE ⬆

**PERSONAL AND CHECK INFORMATION**
Anne M Sage
8849 Horner St
Los Angeles, CA  90035

**Soc Sec #:** xxx-xx-7302  **Employee ID:** 1003
**Home Department:** 100 Staff

**Pay Period:** 09/01/09 to 09/15/09
**Check Date:** 09/15/09   **Check #:** 3318

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 27519.77 |
| Chkg 3531 | 1818.67 | 5456.01 |
| **NET PAY** | **1818.67** | **32975.78** |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 3437.50 | | 58437.50 |
| | **EARNINGS** | | | 3437.50 | | 58437.50 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 213.13 | 3623.21 |
| | Medicare | | 49.84 | 847.28 |
| | Fed Income Tax | M 0 | 306.25 | 5339.57 |
| | CA Income Tax | MI1 0 0 | 87.56 | 1435.24 |
| | CA Disability | | 37.81 | 642.77 |
| | **TOTAL** | | 694.59 | 11888.07 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | 401k Loan | 305.49 | 12830.78 | 3054.90 |
| | 401k:11 | 618.75 | | 10518.75 |
| | **TOTAL** | 924.24 | | 13573.65 |

*Twice a month* (handwritten)

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **1818.67** | **32975.78** |

*Payrolls by Paychex, Inc.*

**0081 0081-1657**  Casey And Sayre Inc • Payroll Account • 11835 W Olympic Blvd Ste 1285 • Los Angeles CA  90064

CASEY AND SAYRE INC
PAYROLL ACCOUNT
11835 W OLYMPIC BLVD STE 1285
LOS ANGELES CA 90064

| DATE | CHECK NO. |
|---|---|
| 08/31/2009 | 3310 |

PAY TO THE
ORDER OF

ANNE M SAGE
8849 HORNER ST
LOS ANGELES CA 90035

Total Net Direct Deposit(s)
**$1818.67**

AMOUNT

VOID THIS IS NOT A CHECK ...................................... DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Anne M Sage
8849 Horner St
Los Angeles, CA  90035

Soc Sec #: xxx-xx-7302   **Employee ID:** 1003
**Home Department:** 100 Staff

**Pay Period:** 08/16/09 to 08/31/09
**Check Date:** 08/31/09   **Check #:** 3310

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 27519.77 |
| Chkg 3531 | 1818.67 | 3637.34 |
| **NET PAY** | **1818.67** | **31157.11** |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 3437.50 | | 55000.00 |
| **EARNINGS** | | | 3437.50 | | 55000.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 213.13 | 3410.08 |
| Medicare | | 49.84 | 797.44 |
| Fed Income Tax | M 0 | 306.25 | 5033.32 |
| CA Income Tax | MI1 0 0 | 87.56 | 1347.68 |
| CA Disability | | 37.81 | 604.96 |
| **TOTAL** | | 694.59 | 11193.48 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| 401k Loan | 305.49 | 13136.27 | 2749.41 |
| 401k:11 | 618.75 | | 9900.00 |
| **TOTAL** | 924.24 | | 12649.41 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1818.67 | 31157.11 |

**0081 0081-1657**  Casey And Sayre Inc • Payroll Account • 11835 W Olympic Blvd Ste 1285 • Los Angeles CA  90064

FOLD AND REMOVE
FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

Anne M Sage
8849 Homer St
Los Angeles, CA 90035

**Soc Sec #:** xxx-xx-7302   **Employee ID:** 1003
**Home Department:** 100 Staff

**Pay Period:** 08/01/09 to 08/15/09
**Check Date:** 08/14/09   **Check #:** 3302

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 27519.77 |
| Chkg 3531 | 1818.67 | 1818.67 |
| **NET PAY** | **1818.67** | **29338.44** |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 3437.50 | | 51562.50 |
| | **EARNINGS** | | | **3437.50** | | **51562.50** |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 213.13 | 3196.95 |
| | Medicare | | 49.84 | 747.60 |
| | Fed Income Tax | M 0 | 306.25 | 4727.07 |
| | CA Income Tax | MI1 0 0 | 87.56 | 1260.12 |
| | CA Disability | | 37.81 | 567.15 |
| | **TOTAL** | | **694.59** | **10498.89** |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | 401k Loan | 305.49 | 13441.76 | 2443.92 |
| | 401k:11 | 618.75 | | 9281.25 |
| | **TOTAL** | **924.24** | | **11725.17** |

*(handwritten: 2 x next to 401k Loan; = $611 next to 401k:11)*

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **1818.67** | **29338.44** |

*Exhibit 6* *(handwritten)*

*Payrolls by Paychex, Inc.*

**0081 0081-1657** Casey And Sayre Inc • Payroll Account • 11835 W Olympic Blvd Ste 1285 • Los Angeles CA 90064

*8/15/09 (handwritten)*

Verification of Creditor Mailing List - (Rev. 10/05)                      2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Peter M. Lively, Esq.**
Address   **Law Office of Peter M. Lively**
          **11965 Venice Blvd., Suite 301**
          **Los Angeles, CA 90066**
Telephone **(310) 899-0630**
☒ Attorney for Debtor(s)
☐ Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**Robert Lewis Sage, II**<br><br>**Anne Monica Sage** | Case No.: |
| | Chapter:          **13** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct , and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    **10/5/2009**                        **/s/, Robert Lewis Sage, II**
                                              Robert Lewis Sage, II,Debtor

**/s/, Peter M. Lively**                      **/s/, Anne Monica Sage**
Peter M. Lively, Esq., Attorney *(if applicable)*     Anne Monica Sage, Joint Debtor

ROBERT LEWIS SAGE, II
8849 HORNER STREET
LOS ANGELES, CA 90036

ANNE MONICA SAGE
8849 HORNER STREET
LOS ANGELES, CA 90036

PETER M. LIVELY, ESQ.
LAW OFFICE OF PETER M. LIVELY
11965 VENICE BLVD., SUITE 301
LOS ANGELES, CA 90066

AMERICAN EXPRESS
P.O. BOX 297804
FT. LAUDERDALE, FL 33329

FRANCHISE TAX BOARD
ATTENTION: BANKRUPTCY
P.O. BOX 2952
SACRAMENTO, CA 95812

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

VALENSI & ROSE, PLC
2029 CENTURY PARK EAST, SUITE 2050
LOS ANGELES, CA 90067

WELLS FARGO CARD SERVICES
P.O. BOX 10347
DES MOINES, IA 50306