KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER STREET, SUITE 1950
LOS ANGELES, CA  90017
TELEPHONE (213) 996-4400  FAX (213) 996-4426

**BANKRUPTCY PAYMENT LOCKBOX**
**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**P.O. BOX 691**
**MEMPHIS, TN 38101-0691**

### DEBTOR'S STATUS REPORT AND NOTICE OF INTENT TO PAY CLAIMS AS OF JANUARY 15, 2010
### ROBERT LEWIS SAGE, II         ANNE MONICA SAGE

### Case Number LA09-37056-EC

ROBERT LEWIS SAGE, II
ANNE MONICA SAGE
8849 HORNER STREET
LOS ANGELES, CA  90036

## IMPORTANT - Bankruptcy Court Requirements

**Income Tax Returns:** The Bankruptcy Court has ordered you to send a copy of your tax returns to the Chapter 13 Trustee.  Please mail your tax returns to the Chapter 13 Trustee Office within 10 days of filing them with the Internal Revenue Service.

**TAX REFUNDS:** The Bankruptcy Court has ordered you to tender your tax refunds to the Chapter 13 Trustee. You must endorse the tax refund check payable to the Chapter 13 Trustee.  Put your name and case number on the tax refund check and mail to the Chapter 13 Trustee's bankruptcy payment lock box.

### YOUR BANKRUPTCY PAYMENTS AS OF JANUARY 15, 2010 ARE $1,280.00

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/13/09 | $1,280.00 | | | | | | | | |

### AS OF JANUARY 15, 2010, YOUR BANKRUPTCY PAYMENTS ARE DELINQUENT BY $3,070.00

# NOTICE OF INTENT TO PAY CLAIMS
## CLAIMS AND DISBURSEMENT REPORT AS OF JANUARY 15, 2010

You are hereby given notice that the Chapter 13 Trustee will immediately begin disbursing payments to your creditors and other parties in interest based on your confirmed chapter 13 plan and the order confirming the chapter 13 plan.  **The Trustee will pay those creditors who have filed a proof of claim or those secured and priority creditors who have been provided for in your confirmed plan.**

If you believe that a creditor has filed an inaccurate or duplicate proof of claim or you believe that a creditor should not have filed a proof of claim in your case, you must file an Objection to the Proof of Claim.  In order to properly prosecute an Objection to a Proof of Claim, please discuss the matter with your attorney.  **If you fail to object to a duplicate or inaccurate proof of claim within thirty days of the filing of the proof of claim, the Chapter 13 Trustee will disburse on the duplicate or inaccurate proof of claim.**

### AS OF JANUARY 15, 2010, TOTAL DISBURSEMENTS PAID TO CREDITORS ARE $0.00

| Claim # | Creditor | Claim Type | Scheduled Debt | Proof of Claim | Int. Rate | Principal Paid | Int.t Paid |
|---|---|---|---|---|---|---|---|
| DREF | ROBERT LEWIS SAGE, II | | | | | $0.00 | |
| ATTY | PETER M LIVELY, ESQ | **ATTORNEY FEE** | $2,500.00 | $2,500.00 | | $0.00 | |
| 00002 | INTERNAL REVENUE SERVICE<br>Filed: 12/02/09 | **SECURED CLASS 3** | $43,889.59 | $43,889.59 | 10.00% | $0.00 | |
| 00006 | TOYOTA MOTOR CREDIT CORPORATION<br>Filed: 12/12/09 | **SECURED OMITTED CREDITOR** | $0.00 | $0.00 | | | |
| 00001 | WELLS FARGO BANK NA<br>Filed: 10/12/09 | **UNSECURED** | $5,309.05 | $4,809.05 | | $0.00 | |
| 00003 | AMERICAN EXPRESS CENTURION BANK<br>Filed: 11/17/09 | **UNSECURED** | $4,092.00 | $3,620.38 | | $0.00 | |
| 00004 | INTERNAL REVENUE SERVICE<br>Filed: 12/02/09 | **UNSECURED** | $73,747.75 | $93,147.00 | | $0.00 | |
| 00005 | VALENSI & ROSE, PLC | **UNSECURED** | $5,878.57 | $0.00 | | | |
| TTE | Trustee Fee | | | | | $0.00 | |

*Interest, late claims or other variables may affect the total amount paid to creditors.
For online access to your case information, go to: www.13datacenter.com

*If you have any questions regarding your Debtor Status Report or if your plan is DELINQUENT,
EXPIRED or INFEASIBLE,  please consult your attorney immediately.*

Your Attorney is:
**PETER M LIVELY, ESQ**
**11965 VENICE BLVD.**
**SUITE 301**
**LOS ANGELES,  CA  90066-3977**

**(310)899-0630**

**PROOF OF SERVICE**

I, Perlita Gozun, declare as follows:

I am employed in the County of Los Angeles, State of California. My business address is 700 S. Flower Street, Suite 1950, Los Angeles, California 90017. I am over the age of eighteen and not a party to this case.

On 1/20/10, the foregoing document described as "**DEBTOR'S STATUS REPORT AND NOTICE OF INTENT TO PAY CLAIMS**" was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below

I.   BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"). Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.   [**See Service list**]

II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL. I served the "**DEBTOR'S STATUS REPORT AND NOTICE OF INTENT TO PAY CLAIMS**" by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California.   [**See Service list**]

III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL. Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email.   [**See Service list**]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed in Los Angeles, California.

DATED: 1/20/10

*(signed)* Perlita Gozun

Perlita Gozun

**Service List**

\*\*\* SERVED BY THE COURT VIA
NOTICE OF ELECTRONIC FILING \*\*\*
PETER M LIVELY, ESQ

\*\*\* SERVED VIA U.S. MAIL \*\*\*
ROBERT LEWIS SAGE, II
ANNE MONICA SAGE
8849 HORNER STREET
LOS ANGELES, CA 90036