| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Peter M. Lively #162686<br>Law Office of Peter M. Lively<br>11268 Washington Blvd., Suite 203<br>Culver City, CA 90230-4647<br>Tel (310) 391-2400/Fax (310) 391-2462<br>Email: PeterMLively@aol.com<br><br>☑ *Attorney for* Debtors (see attached list) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>vs.<br><br>Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><br>☐ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |
|---|---|

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Peter M. Lively__, __162686__, __PeterMLively@aol.com__
    Name                         Bar ID Number           E-Mail Address

☐ am **counsel of record** or
☐ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

☑ am **counsel of record** or
☐ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address __11268 Washington Blvd., Suite 203, Culver City, CA 90230-4647__
New Telephone Number __(310) 391-2400__    New Facsimile Number __(310) 391-2462__
New E-Mail Address_____

Notice of Change of Address or Law Firm
(September 2009)

# Attachment to Notice of Attorney Change of Address or Law Firm

This Notice is filed in the following pending Chapter 13 cases:

| Debtor(s)/Case Name | Case Number | Filing Date |
|---|---|---|
| *In re Petross-Oliver, Brandon James* | 2:09-bk-22098-EC | 05/18/2009 |
| *In re Ramirez, John* | 2:09-bk-11773-EC | 01/28/2009 |
| *In re Richen, Jeffrey & Middlemiss, Tara* | 2:09-bk-12805-AA | 02/09/2009 |
| *In re Rickerby, Brad* | 2:07-bk-17560-VZ | 08/29/2007 |
| *In re Rosen, Robert* | 2:08-bk-12948-VZ | 03/07/2008 |
| *In re Runnels, Joseph* | 2:07-bk-17923-VZ | 09/10/2007 |
| *In re Sage, Robert* | 2:09-bk-37056-EC | 10/05/2009 |
| *In re Shah, Ricky* | 1:05-bk-50130-GM | 12/14/2005 |
| *In re Slayton, Scott* | 2:08-bk-21201-VZ | 07/24/2008 |
| *In re Smith, Janet* | 2:08-bk-19230-VK | 06/25/2008 |

SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ❏ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
  ❏ I am, or
    ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

  Note: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ❏ I am, or
    ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

  \*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.

Dated: 1/26/10

_____
Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.